# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Servando Caesar Garcia  III
Garcia & Bishop
618 E. Rutland St.
Covington LA 70433

**REHEARING ACTION: February 13, 2008**

**Docket Number: 07   01548-CA**

**GREGORY JAMES KLUMPP**
**VERSUS**
**SUSAN BLAKE KLUMPP MONTGOMERY**

**Appealed from Calcasieu Parish Case No. 2001-816**

**BEFORE JUDGES**:

  Hon. Oswald A. Decuir
  Hon. Jimmie C. Peters
  Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Susan Blake Klumpp Montgomery** has this day been

  **DENIED.**

cc: Kathleen Kay, Counsel for the Appellee
    Michael Keith Prudhomme, Counsel for the Appellee
    Paul Holden Spaht, Counsel for the Appellee
    Hunter William Lundy, Counsel for the Appellee
    John Green, Counsel for the Appellee